IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEMETRIS McDOWELL                                                                                           PLAINTIFF

v.                                                                                        Civil No.:  4:20-cv-00084-SA-DAS

ANDREW M. SAUL,
Commissioner of Social Security                                                                        DEFENDANT

ORDER

On this date came for consideration Defendant's Unopposed Motion to Remand pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g) filed by the Commissioner of Social Security, Defendant herein, and the Court being advised in the premises is of the opinion that said Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that this cause be REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED AND ADJUDGED this the 3rd day of May, 2021.


/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE